SEDGWICK LLP
BRUCE D. CELEBREZZE (Bar No. 102181)
*bruce.celebrezze@sedgwicklaw.com*
MATTHEW C. LOVELL (Bar No. 189728)
*matthew.lovell@sedgwicklaw.com*
MICHAEL A. TOPP (Bar No. 148445)
*michael.topp@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Plaintiff
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED PRODUCTS MANUFACTURING, INC., a California corporation; WESTERN FIBERGLASS, INC, a California corporation,<br><br>Defendants. | CASE NO. 3:13-cv-2491 CRB<br><br>**PLAINTIFF WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S REQUEST FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Westchester Surplus Lines Insurance Company requests that the above-captioned action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to bear their own costs and fees.

DATED:  November 15, 2013        SEDGWICK LLP

By: */s/ Matthew C. Lovell*
       Bruce D. Celebrezze
       Matthew C. Lovell
       Attorneys for plaintiff WESTCHESTER SURPLUS
       LINES INSURANCE COMPANY